United States District Court
Southern District of Texas
**ENTERED**
May 14, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON WHEATFALL, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-CV-01961 |
| | § | |
| H-E-B GROCERY COMPANY, LP, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 22, 2024, Defendant's Motion to Dismiss (Dkt. 11) and Plaintiff's Motion to Remand (Dkt. 15) were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 21. Judge Edison filed a Memorandum and Recommendation on April 29, 2024, recommending the Motion to Remand (Dkt. 15) be **DENIED** and the Motion to Dismiss (Dkt. 11) be **GRANTED**. Dkt. 22.

On May 13, 2024, Plaintiff filed her Objections. Dkt. 23. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Case 4:23-cv-01961   Document 24   Filed on 05/14/24 in TXSD   Page 2 of 2

2

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 22) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Remand (Dkt. 15) is **DENIED**; and

(3) Defendant's Motion to Dismiss (Dkt. 11) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this <u>14th</u> day of May 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE